# Exhibit

# 2

REDFIN

1-844-759-7732    Buy ▾    Sell ▾    Real Estate Agents    | Log In |    | Sign Up |

**3475 Harbor Rd N**
Jupiter, FL 33469
Status: Active

**$524,900**
Price
Redfin Estimate: $504,368

**2** Beds    **2** Baths    **1,008** Sq. Ft.
$521 / Sq. Ft.
On Redfin: 47 days

♡ Favorite    ✕ X-Out    ⬆ Share

Overview    Property Details    Tour Insights    Redfin Estimate    Property History    Public Facts    Schools    Neighborhood    Similar Homes





**Tequesta Paradise**

THE BEAUTIFULLY REMODELED 2/2 WITH A
DETACHED 4 CAR GARAGE ON 2 LOTS JUST
HIT THE MARKET! HERE IS YOUR CHANCE TO
OWN PART OF PARADISE JUST STEPS AWAY
FROM JUPITER'S INTERCOASTAL WATERWAY!

⟩    Street View

## Go Tour This Home

| TUESDAY 16 OCT | WEDNESDAY 17 OCT | THURSDAY 18 OCT |

**Schedule Tour**
It's free, with no obligation — cancel anytime

Ask a Question    (561) 617-8131

**Redfin Refund: $2,994** ⓘ
Savings when you buy with a Redfin Agent
Start an Offer

## About This Home

Location, Location, Location!!! East of US1 - 4 houses from Intracoastal.
Dockage. Remodeled, large 2 bedroom, 2 bathroom home, and large
stand alone 900 sq ft garage sitting on 2 lots east of US1 (currently

Continue reading ⌄

Property    Single Family    Community    Jupiter Heights



1-844-759-7732    Buy ▾    Sell ▾    Real Estate Agents    Log In    Sign Up

🏠 **3475 Harbor Rd N**
Jupiter, FL 33469
Status: **Active**

**$524,900**
Price

**2** Beds

**2** Baths

**1,008** Sq. Ft.
$521 / Sq. Ft.

Redfin Estimate: $504,368    On Redfin: 47 days

♡ Favorite    ✕ X-Out    ⬆ Share

Overview    Property Details    Tour Insights    Redfin Estimate    Property History    Public Facts    Schools    Neighborhood    Similar Homes





## Go Tour This Home

| TUESDAY 16 OCT | WEDNESDAY 17 OCT | THURSDAY 18 OCT |

**Schedule Tour**

It's free, with no obligation — cancel anytime

Ask a Question    (561) 617-8131

**Redfin Refund: $2,994** ⓘ
Savings when you buy with a Redfin Agent
Start an Offer

## About This Home

Location, Location, Location!!! East of US1 - 4 houses from Intracoastal. Dockage. Remodeled, large 2 bedroom, 2 bathroom home, and large stand alone 900 sq ft garage sitting on 2 lots east of US1. (currently

Continue reading ⌄

Property    Single Family    Community    Jupiter Heights





**Residential Full Report**   **3475 Harbor Road N, Jupiter FL 33469**   **List Price:** $524,980

| | |
|---|---|
| **MLS#:** RX-10460239 | **St:** Active |
| | **Type:** Single Family Detached |
| **Orig LP:** $534,500 | **Range Price:** |
| **Area:** 5060 | **Geo Area:** PB32 | **List Price/SqFt:** 520.73 |
| | **County:** Palm Beach |

**Legal Desc:** JUPITER HEIGHTS LTS 10 & 11 BLK 1
**Subdivision:** JUPITER HEIGHTS
**Development Name:**

| | | | | | |
|---|---|---|---|---|---|
| **Model Name:** | | **Parcel ID:** | 00434030020010100 | **Front Exp:** | S |
| **Waterfront:** | No | **Waterfrontage:** | | **Garage Spaces:** | 2 |
| | | **Multiple Ofrs Aceptd:** | | **Carport Spaces:** | |
| **Lot Dimensions:** | 100.0 ft x 0.0 ft | **Taxes:** | 7,864.07 | **Private Pool:** | No |
| | | **Tax Year:** | 2017 | **REO:** | No |
| **Lot SqFt:** | 11,960 | **Special Assessment:** | No | **Short Sale Addendum:** | No |
| | | **Dock:** | No | **Short Sale:** | No |
| **HOPA:** | Hopa | **Membership Fee Required:** | No | **Owner/Agent:** | No |
| **Zoning:** | RS | | | | |

**Virtual Tour:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Living Room** | 12 | X 14 | **Master Bedroom** | 12 | X 14 | **LivSqFt:** 1,008 | **Bedrooms:** 2 |
| **Kitchen** | 8 | X 10 | **Bedroom 2** | 10 | X 12 | **SqFt - Total:** 2,203 | **Baths - Full:** 2 |
| **Dining Room** | 10 | X 12 | | | | **SqFt Source:** Appraisal | **Baths - Half:** 0 |
| | | | | | | **Guest Hse:** | **Baths - Total:** 2 |
| | | | | | | **Yr Built:** 1977 | **Pets Allowed:** Yes |
| | | | | | | **Builder Name:** | |
| | | | | | | **Built Desc:** Resale | |

| | | | | |
|---|---|---|---|---|
| **HOA/POA/COA (Monthly):** | | **Bldg #:** | **Land Lease:** | **Mobile Home Size:** |
| **Governing Bodies:** | None | **Total Floors/Stories:** 1 | **Recreation Lease:** | **Decal #:** |
| **Homeowners Assoc:** | None | **Total Units in Bldg:** | **Min Days to Lease:** | **Serial #:** |
| **Lease Times p/Year:** | | **Ttl Units in Complex:** | | **Brand Name:** |
| **Application Fee:** | | **Unit Floor #:** | | **Total Assessed Value:** |
| | | **Membership Fee Amount:** | | |

**Auction:** No
**Directions:** Keep right to continue on Lake Victoria Gardens Ave Turn right onto FL-811 N/FL A1AAlt N (signs for 811) Turn left onto US-1 N Turn right onto Harbor Rd N

**Showing Instructions:** Call Owner; See Brokers Remarks

| | | | |
|---|---|---|---|
| **LO:** 279508652 | BAR Invest Realty LLC | 844-239-2663 | |
| **LM:** 277037481 | Herve Fabrice Barbera | +1 844-239-2663 | contact@beycome.com |
| **Com/BuyerAgt:** 2.5% | **Comm/Non-Rep:** $1 | **Trans Brk:** 2.5% | **Bonus:**   **LD:** 08/30/2018 |
| **Var/Dual Rate:** No | **List Type:** Ex Brk w/Limit Svc | **List Off Agency:** Non Representative | |

**Owner Name:** COOK KENNETH P 561-876-6564
**Broker Only Remarks:** For showings or for more information contact Kenneth 561-876-6564
**Any Broker Advertise:** No

| | |
|---|---|
| **Design:** | **View:** |
| **Construction:** Block; Frame/Stucco | **Waterfront Details:** None |
| **Unit Desc:** | **Cooling:** Ceiling Fan; Central |
| **Flooring:** Tile | **Heating:** Electric |
| **Furnished:** Unfurnished | **Security:** Fence |
| **Dining Area:** Eat-In Kitchen | **Utilities:** Electric; Public Water; Septic |
| **Master Bedroom/Bath:** Combo Tub/Shower | **Special Info:** |
| **Window Treatments:** Thermal | **Terms Considered:** Cash; Conventional; FHA; VA |
| **Lot Description:** 1/4 to 1/2 Acre | **Roof:** Comp Shingle |
| **Storm Protection:** | **Taxes:** City/County; Homestead |
| **Restrict:** None | **Equestrian Features:** |
| **Rooms:** Workshop | |

**Equip/Appl:** Dishwasher; Disposal; Microwave; Range - Electric; Refrigerator; Smoke Detector
**SubdivInfo:** None
**Interior:** French Door; W/D Hookup; Walk-in Closet
**Exterior:** Auto Sprinkler; Covered Patio; Custom Lighting
**Maintenance Fee Incl:**
**Original List Price:** $534,500

| | | | |
|---|---|---|---|
| **Days On Market:** 47 | | **Cumulative DOM:** 47 | |
| **Sold Price:** | **Sold Price Sqft:** | | **Under Contract Date:** |
| **Selling Office:** | | **Terms of Sale:** | **Sold Date:** |
| **Selling Agent:** | | | |

**Public Remarks:** Location, Location,Location!!! East of US1 - 4 houses from Intracoastal. Dockage. Remodeled, large 2 bedroom, 2 bathroom home, and large stand alone 900 sq ft garage sitting on 2 lots east of US1, (currently leased for storage), can hold up to 4 cars or make a great hobby/work shop. Plenty of room for boat/trailer parking. Day dockage at end of street, Home has living room and 2 bonus rooms, impact windows, central ac, ceiling fans, updated kitchen, washer & dryer hookups, tile throughout, remodeled bathrooms, fenced backyard, Great location to build much larger home in future using both lots. 536813

Information is deemed to be reliable, but is not guaranteed. © 2018 MLS and FBS. Prepared by Mateusz Rymarski on Tuesday, October 16, 2018 5:38 PM. The information on this sheet has been made available by the MLS and may not be the listing of the provider.

**History for MLS # RX-10460239**  3475 Harbor Road N, Jupiter, FL 33469  **$524,900**

| + | MLS # | Status | Price | % Change | Date | DOM | CDOM | Address |
|---|-------|--------|-------|----------|------|-----|------|---------|
| - | RX-10460239 | Active | $524,900 | 17.3% | 08/30/2018 | 47 | 47 | 3475 Harbor Road N |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| - | | Price Change | $524,900 | -1.4% | 10/13/2018 | 3 | | |

Change by: Herve Fabrice Barbera

Change at 4:26 PM Eastern: changed *List Price*
Old Value: 532500.00
New Value: 524900.00

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| - | | Text, etc. | $532,500 | | 10/13/2018 | 3 | | |

Change by: Herve Fabrice Barbera

Change at 12:42 PM Eastern: changed *Public Remarks*
Old Value: Cute Single family home sitting on 2 lots east of US1, with stand alone large garage (currently leased for storage), day dockage at end of street, 2 bedroom, 2 bathroom, living room, bonus room, central ac, ceiling fans, updated kitchen, washer & dryer hookups, fenced backyard, 4 houses from intracoastal, garage is deep and could hold 4 cars or make a great hobby/work shop. Plenty of room for boat/trailer parking. Great location to build much larger home in future using both lots. Recent complete remodel, impact windows, tile throughout, updated bathrooms. ID 536813
New Value: Location, Location,Location!!!

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| - | | Price Change | $532,500 | -0.4% | 10/02/2018 | 14 | | |

Change by: Herve Fabrice Barbera

Change at 3:47 PM Eastern: changed *List Price*
Old Value: 534500.00
New Value: 532500.00

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| - | | Photos | $534,500 | | 08/31/2018 | 46 | | |

Change by: Herve Fabrice Barbera

Change at 5:19 PM Eastern: Added photo "15"
Change at 5:19 PM Eastern: Added photo "14"
Change at 5:19 PM Eastern: Added photo "13"
Change at 5:19 PM Eastern: Removed photo
Change at 5:19 PM Eastern: Added photo "12"
Change at 5:19 PM Eastern: Added photo "11"
Change at 5:19 PM Eastern: Added photo "10"
Change at 5:19 PM Eastern: Added photo "9"
Change at 5:19 PM Eastern: Added photo "8"
Change at 5:19 PM Eastern: Added photo "7"
Change at 5:19 PM Eastern: Added photo "6"
Change at 5:19 PM Eastern: Added photo "5"
Change at 5:19 PM Eastern: Added photo "4"
Change at 5:19 PM Eastern: Added photo "3"
Change at 5:19 PM Eastern: Added photo "2"
Change at 5:19 PM Eastern: Added photo "1"

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| - | | New | $534,500 | | 08/30/2018 | 47 | | |

Change by: Herve Fabrice Barbera

Change at 5:55 PM Eastern: Added new listing

| - | RX-10309595 | Cancelled | $447,500 | | 07/26/2017 | 159 | 159 | 3475 Harbor Road N |
|---|---|---|---|---|---|---|---|---|

| | - | Status | $447,500 | | 07/26/2017 | 0 | | |

Change by: Jo Ann Jacobson

Change at 11:33 AM Eastern: changed *Status*
Old Value: Active
New Value: Cancelled

| | - | HOA/POA/COA (Monthly) | $447,500 | | 07/26/2017 | 0 | | |

Change by: Jo Ann Jacobson

Change at 11:33 AM Eastern: changed *Cancel Date*
Old Value:
New Value: 7/26/2017
Change at 11:33 AM Eastern: changed *HOA/POA/COA (Monthly)*
Old Value:
New Value: 0.00

| | - | Price Change | $447,500 | -7.7% | 06/08/2017 | 48 | | |

Change by: Jo Ann Jacobson

Change at 4:29 PM Eastern: changed *List Price*
Old Value: 485000.00
New Value: 447500.00

| | - | Text, etc. | $485,000 | | 02/20/2017 | 156 | | |

Change by: Jo Ann Jacobson

Change at 4:06 PM Eastern: changed *REO*
Old Value: Yes
New Value: No

| | - | Text, etc. | $485,000 | | 02/19/2017 | 157 | | |

Change by: Jo Ann Jacobson

Change at 12:34 PM Eastern: changed *Year Built*
Old Value: 1977.00
New Value: 1973.00

| | - | New | $485,000 | | 02/18/2017 | 158 | | |

Change by: Jo Ann Jacobson

Change at 9:58 PM Eastern: Added photo "IMG_4385"
Change at 9:58 PM Eastern: Added photo "IMG_4385"
Change at 9:49 PM Eastern: Added photo "IMG_4384"
Change at 9:49 PM Eastern: Added photo "IMG_4384"
Change at 9:46 PM Eastern: Added photo "IMG_4374"
Change at 9:45 PM Eastern: Added photo "IMG_4373"
Change at 9:44 PM Eastern: Added photo "IMG_4374"
Change at 9:44 PM Eastern: Added photo "IMG_4373"
Change at 4:42 PM Eastern: changed *Public Remarks*
Old Value: UT CAN BE SEPARATED FOR INVEST
New Value: UT CAN BE DIVIDED BACK TO 2 SE
Change at 4:42 PM Eastern: changed *Baths - Half*
Old Value: 2.00
New Value: 0.00
Change at 4:42 PM Eastern: changed *Lot Dimensions*
Old Value: 5980 SQ FT

New Value: 100' X 120'
Change at 4:14 PM Eastern: Added new listing



copyright management information removed



**13**



**14**



**15**



