# Exhibit
# 3



Ana P. Moretto
*Associate Attorney*

Direct: 561.990.2474
ana.moretto@sriplaw.com

April 25, 2019

**VIA FEDEX and E-MAIL: contact@beycome.com**
Mr. Herve Barbera
Mr. Philippe KalifaBeycome Brokerage Realty LLC
Bar Invest Consulting LLC
701 Brickell Ave, Suite 2040
Miami, FL 33131

**Re:   Affordable Aerial Photography, Inc. v. Beycome Brokerage Realty LLC f/k/a**
**BAR Invest Realty LLC, and Bar Invest Consulting LLC f/k/a Bar Invest Realty**
**LLC**
**Our File No.  00022-0058**

Dear Messrs.,

We write on behalf of our client, Affordable Aerial Photography, Inc., for purposes of
resolving a case of copyright infringement against you by our client.  This demand is
privileged from disclosure pursuant to Federal Rule of Evidence 408.

Please provide this letter to your general liability insurance carriers or other providers of
insurance that may cover this claim and refer them to the enclosed demand pursuant to
§ 627.4137, Florida Statutes, for insurance information in this matter.

*Affordable Aerial Photography, Inc. ("AAP")*
Our client is an experienced professional photographer who makes a living from
photography.  Robert Stevens is a high-end real estate photographer who makes his
living photographing million-dollar homes for real estate agents.  Stevens is an
employee of his company, AAP, which provides photo shoots to a client's specifications.
Stevens is self-taught, but his photographs rival those taken by photographers who
charge thousands more.  AAP licenses its photos to agents pursuant to a written license.
The license is granted only to the agent for whom the photos were taken.

AAP retains all copyrights to its photographs.  AAP licenses its copyrighted works, such
as the one in this case, for commercial use.

In 2011, AAP created an image entitled, "Jup_190_copy, Apr. 20, 2011," hereinafter
referred to as the "Work."

1801 Century Park East
Suite 1100
Los Angeles, CA 90067

21301 Powerline Road
Suite 100
Boca Raton, FL 33433

125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350
Fax: 561.404.4353
www.sriplaw.com

Mr. Herve Barbera
Mr. Philippe Kalifa
Beycome Brokerage Realty LLC
Bar Invest Consulting LLC
April 25, 2019
Page 2

The Work at issue is shown below.  At the time the Work was created, AAP applied copyright management information to the image.



AAP registered the Work with the Register of Copyrights on July 30, 2013, and was assigned the registration number VA 1-953-574, a copy of which is enclosed.

*Infringement by Beycome Brokerage Realty LLC f/k/a BAR Invest Realty LLC, and Bar Invest Consulting LLC f/k/a Bar Invest Realty LLC ("BAR Invest Realty")*
The infringement at issue was identified on October 16, 2018.  We have enclosed contemporaneous evidence of the infringement by BAR Invest Realty.  In addition to the infringement, AAP's photograph was very obviously cropped as shown on the attached.

You have employed our client's Work in at least the manner indicated in the evidence attached.  Your unauthorized use commenced on at least the date indicated above.  You are fully aware that the Work you used is our client's Work.  No one from your company ever sought a license from our client to use the Work for any purpose.

You have copied, displayed and distributed our client's Work without permission, license or consent.  The use of a creator's photographic image without written consent or license violates the United States Code, Title 17, and The Copyright Act.  The Copyright Act provides for entry of an injunction directing removal of the offending materials pending litigation.  This letter shall serve as formal notice that you immediately cease

1801 Century Park East
Suite 1100
Los Angeles, CA 90067

21301 Powerline Road
Suite 100
Boca Raton, FL 33433

125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350
Fax: 561.404.4353
www.sriplaw.com

Mr. Herve Barbera
Mr. Philippe Kalifa
Beycome Brokerage Realty LLC
Bar Invest Consulting LLC
April 25, 2019
Page 3

and desist all unauthorized uses of our client's Work.  Any such further uses shall be at your peril.

If you possess a contract, license, agreement, or writing on which you will rely for authorization of your use of our client's Work, please provide us with this evidence so we may avoid further controversy or litigation.  Otherwise, we will be forced to assume that your use violated the law.

*Damages*
Copyright law provides several different elements of compensation to AAP when a work is infringed or altered.  Section 504 of the Copyright Act permits AAP to recover actual damages plus "any additional profits of the infringer that are attributable to the infringement and are not taken into account in computing the actual damages," or statutory damages of up to $150,000 per work infringed if the registration predated the infringement.  AAP can present both damages theories to the jury and select the higher award any time prior to entry of judgment.

Academic studies have demonstrated that the use of good quality photographs more effectively market and advertise products and drive sales.  AAP's photographs are of the highest quality.  AAP's photographs are also scarce since it is one of the only sources of such quality photographs.

AAP's damages are not limited to what it would have agreed to license the Work for prior to the infringement.  Rather, AAP's actual damages will be measured by the fair market value of the photograph considering BAR Invest Realty's use to sell and promote its business.  AAP's actual damages must be measured in light of BAR Invest Realty's use of AAP's high quality and unique Work.

This is consistent with federal courts' approach to broadly construing the term "actual damages" to favor victims of infringement.  *See, e.g., Davis v. Gap, Inc.*, 246 F.3d 152, 164 (2d Cir. 2001).  The fair market value approach for calculating damages is an accepted approach to valuing the defendants' uses of photographs.  *See Leonard v. Stemtech Int'l, Inc.*, Nos. 15-3198, 15-3247, 2016 U.S. App. LEXIS 15565 (3d Cir. Aug. 24, 2016).  In addition, AAP can offer evidence of the actual cost to take the photograph infringed on a time and materials basis.

Section 504 permits AAP to recover actual damages plus "any additional profits of the infringer that are attributable to the infringement and are not taken into account in computing the actual damages."  Therefore, AAP will also be entitled to BAR Invest

1801 Century Park East
Suite 1100
Los Angeles, CA 90067

21301 Powerline Road
Suite 100
Boca Raton, FL 33433

125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350
Fax: 561.404.4353
www.sriplaw.com

Mr. Herve Barbera
Mr. Philippe Kalifa
Beycome Brokerage Realty LLC
Bar Invest Consulting LLC
April 25, 2019
Page 4

Realty's profits from the infringement, based upon the revenue BAR Invest Realty earned in connection with the use of AAP's Work.

Alternatively, AAP could seek statutory damages for infringement in an amount of up to $30,000 per work infringed if the registration predated the infringement.  There is also the possibility that a judge or jury could determine that BAR Invest Realty's infringement was willful.  If BAR Invest Realty's infringement was shown to be willful, the statutory damage award would increase to an amount up to $150,000 per work infringed.

There is also the issue of the removal of AAP's copyright management information.  The Digital Millennium Copyright Act, 17 U.S.C. § 1203(c)(3)(B), permits AAP to recover statutory damages of not less than $2,500 or more than $25,000 per violation of the prohibition against alteration or removal of copyright management information contained in § 1202.  Based upon BAR Invest Realty's removal of AAP's copyright management information, AAP will seek the maximum statutory damages of $25,000 per photograph against BAR Invest Realty for this violation.

*Demand*
In order to determine how to proceed, please provide us with information and documents showing:

1.    the full nature and extent of the use of our client's Work, in any and all formats;

2.    representative copies in any and all tangible form and media in which our client's Work was incorporated or employed; and

3.    the source of the Work.

Upon receipt of this information we will consider and determine an appropriate amount required to be paid to our client in compensation.

Please carefully consider this letter and the associated exhibits and provide them to your attorneys and insurance carriers.  If we do not receive a response from you or a representative by May 9, 2019, we will take further steps to protect our client's rights.

We look forward to your prompt response.

Sincerely,

1801 Century Park East
Suite 1100
Los Angeles, CA 90067

21301 Powerline Road
Suite 100
Boca Raton, FL 33433

125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350
Fax: 561.404.4353
www.sriplaw.com

Mr. Herve Barbera
Mr. Philippe Kalifa
Beycome Brokerage Realty LLC
Bar Invest Consulting LLC
April 25, 2019
Page 5


**SRIPLAW**

Ana P. Moretto


APM/jcj
Enclosures

1801 Century Park East
Suite 1100
Los Angeles, CA 90067

21301 Powerline Road
Suite 100
Boca Raton, FL 33433

125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350
Fax: 561.404.4353
www.sriplaw.com

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-953-574

**Effective Date of Registration:**
July 30, 2013

---

## Title

**Title of Work:** Group Registration Photos, StockImageDepotPhotos 2011, Jan 1, 2011 to Dec. 31, 2011

**Content Title:** 001_copy_copy_copy_copy, Dec.1,2011; 003_copy, Mar.27,2011; 004_copy_1, Jan.20,2011; 4_arts, June 23,2011; 4th_july_2011, July 4,2011; 005, Aug. 5, 2011; 005_copy_(2)_1 (1), Jan. 20,2011; 005_copy_copy_1 (1), Jan. 4,2011; 005_copy_edited-1, June 4,2011; 7, July 10,2011; 009_copy_copy_1, July 19,2011; 15_copy, July 19,2011; 019_copy_edited-1, Feb.20,2011; 027_copy_1, July 19,2011; 29_copy, Jan. 2,2011; 29_copy_copy, Apr. 3,2011; 030_copy_copy, Jan. 2,2011

030_copy_copy_copy, Jan. 28,2011;031_copy, Apr.2,2011;034_copy, May 8,2011;035_copy,Mar. 24,2011 ;35_copy_copy, Apr. 3,2011;036_copy, Jan.14,2011;040_copy, Apr.2,2011;041_copy, Mar.16,2011;048_copy, July 12,2011;055_copy, Jan. 18,2011;056_copy, Jan. 18,2011;059_copy, July 17, 2011;062_copy, June 13, 2011;067_copy, Apr.25,2011;070_copy, July 10,2011;073_copy, July 12,2011;074_copy, Feb. 14,2011;075_copy, July 10,2011;079_copy_copy, Apr.26,2011;084_copy, Feb. 26,2011;096_copy, June 7,2011;096_copy_edited-1_copy, Jan. 13,2011;100_copy, July 13,2011

101 Harbour Way Hobe Sound 02-25-11 Milla Kabalkin Illustrated Properties, Feb.25,2011;110_copy_edited-1, Jan.18,2011;111_copy, Mar.29,2011;113_copy, Jan.18,2011;122_copy_copy, Jan.18,2011;141_copy, Mar.25,2011;145_copy_copy, Apr.1,2011;148_copy, Nov.22,2011;149_copy, Nov.22,2011;150__II, Nov.22,2011;150_copy, Nov.22,2011;150_copy_VV, Nov.22,2011;151 Sota Dr a, July 21,2011;151 Sota Dr b, July 21,2011;151 Sota Dr c, July 21,2011;151 Sota Dr d, July 21,2011;151 Sota Dr e,July 21,2011

151 Sota Dr f, July 21, 2011; 152_copy, Nov.22,2011;152_IV,Nov.22,2011;153_III,Nov.22,2011;154_copy,Nov.22,2011;155_copy,Nov.22,2011;156_copy,Nov.22,2011;157_copy,Nov.22,2011;157_copy_copy,Mar.25,2011;159_copy_edited-1,Nov.22,2011;160_copy,Nov.22,2011;161_copy,Nov.22,2011;161_copy_copy,Mar.25,2011;161_II,Nov.22,2011;162_copy,Nov.22,2011;165_copy,Nov.22,2011;166_copy,Nov.22,2011

167_copy,Nov.22,2011;170_copy_edited-1, Mar.17,2011;178_copy, Apr.17,2011; 183_copy_copy, Apr.10,2011; 215_copy,Mar.3,2011;252_copy,Feb.14,2011; 254_copy,Nov.17,2011; 263_copy, Nov.17,2011; 269_copy,Mar.23,2011;278_copy_copy,Mar.23,2011;354_copy,Mar.18,2011;400,May 11,2011; 400_building,July 19,2011; 1220 S County Rd Robert Stevens Photography copy,Mar.13,2011;2011_Boat_Show,Mar.26,2011;2700

Donald Ross 08-22-11 liebowitz,Aug.22,2011;111222, Mar.23,2011

aa, Apr.2,2011; aa1, June 22,2011; aa3, June 22,2011; aaa, Apr.2,2011; aaa_edited-1_copy,Apr.4,2011; aaaa (1), Apr.2,2011; aaaa_1, May 9,2011; aaaa_2, May 11,2011; aaaaa, May 11,2011; aaaaaaa, Apr.2,2011; aaaaaaa_copy, May 11,2011; aaaaaaa_edited-1, July 12,2011; aaas, May 11,2011; aab, Apr.9,2011; aabb, Apr.2,2011;aabba, Aug.12,2011; aapp, July 12,2011; aba, Apr.9,2011;AbacoaPalmBeachCo,Apr.2,2011;abcabc,May 11,2011

ada,Apr.9,2011;AdmiralCove_3,Sep.19,2011;AdmiralsCove_4,Aug.13,2011;Ad miralsCove_6,Jan.27,2011;AdmiralsCove_7,Apr.1,2011;aga_copy,Jan.23,2011; AR22,Apr.2,2011;AR33,Apr.9,2011;Aragon,May11,2011;Arts_31,June 22, 2011;asa,May11,2011;azaz,May11,2011;Ballantrae,Apr.9,2011;Bath,May11,20 11;Bay_St_II,Apr.26,2011;Bay_St_VI,Apr.26,2011;bbb,Apr.2,2011;bbbb,May 9,2011

Bear__Lakes_Country_Club_a,Aug.31,2011; Bear_Lakes_Country_Club,Aug.31,2011;Bear_Lakes_Country_Club_b,Aug.31, 2011;Bear_Lakes_Country_Club_c,Aug.31,2011;Bear_Lakes_Estates_d,Aug.31 ,2011;Bellagio,Nov.22,2011;Bellaria,Aug.27,2011;Benny__s_on_the_Beach,Au g.27,2011;Beth_edited- 1,Jan.28,2011;Bethesda_Hospital_Boynton,Sep.2,2011;Biltmore,Apr.30,2011;B iltmore_(2),Oct.13,2011;Biltmore_1,Mar.23,2011;Binks_Forest_Sign,May 13,2011;Boat_Show_2011,Mar.23,2011;boca,Sep.3,2011

boca_condo,May 11,2011; boca_estate_section_2,Sep.3,2011;boca_I,Aug.17,2011; boca_II,Sep.3,2011;boca_III,May 11,2011;Boca_III_copy,Aug.17,2011;Boca_IIII,Aug.17,2011;Boca_Raton_b,A ug.17,2011;Boca_Raton_Panoramic,Sep.9,2011;Boca_Resort,May 11,2011;Boca_Resort_1,Feb.24,2011;br_1,July 21,2011;br_2,July 21,2011;br_3,July 21,2011;br_4,July 21,2011;br5,July 21,2011;Brac_Lakes_Country_Clubhouse,Aug.31,2011

Breakers_West,Apr.11,2011;BS_VI_copy,Mar.26,2011;Capri_II,Mar.26,2011; Carlile_Jup,Apr.2,2011;CB_Pier,Feb.18,2011;ccc_1,Apr.2,2011;ccc_edited- 1,June13,2011;cccc,May 11,2011;city_pl,June4,2011;Clarendon,May11,2011;Cocoa_Beach_Pier,Aug.12 ,2011;Cocoa_Beach_Pier_20111,Feb.18,2011;Cocoa_Beach_Pier1,Aug.12,201 1;Community_Center,Aug.5,2011;Community_Pool_Martinique,Aug.3,2011;C ommunity_Tennis_Center,Aug.31,2011;cp,June4,2011;ddd,Apr.2,2011

Delray_Beach,Mar.14,2011;Delray_Beach_1,Mar.14,2011;don_king,Apr.9,201 1;Dorchester,Nov.22,2011;Dorchester_Palm_Beach,Apr.9,2011;Downtown,Mar .17,2011;Downtown_III,Mar.26,2011;Downtown_West_Palm_Beach,Mar.26,2 011;dubois,Apr.2,2011;early_bird_gets_the_worm,Aug.13,2011;eee,Apr.2,2011 ;eee_1,May 11,2011;eeea,May 21,2011;eeee,May11,2011;eeeeee,May11,2011;fff,Apr.2,2011;fish,Mar.17,2011

fite II,Mar.26,2011;Flagler_Landing,Apr.30,2011;flagler_museum_2911_1,July 4,2011;Frenchman__s_Creek,Aug.22,2011;Frenchman__s_Creek_3,Aug.22,201 1;Golf,Apr.30,2011;GS_copy,Apr.9,2011;Gulf_Stream,May4,2011;Gulf_Strea m_School,Apr.9,2011;H_a_007_copy,Apr.9,2011;H_a_013_copy,Apr.9,2011;H _b_014_copy,Apr.9,2011;H_c_082_copy,Apr.9,2011;H_d_079_copy_copy,Apr .9,2011;Heritage_Oaks,Sep.1,2011;Heritage_Oaks_Security,Sep.1,2011;Heritag e_Oaks_Tennis_Club,Sep.1,2011;Homeland_Enterance,May14,2011

Ibis_1,Dec.29,2011;Ibis_Golf_Club,Aug.15,2011;Ibis_Isle,May11,2011;Irene_2



011,Aug.26,2011;Iron_Horse,Mar.26,2011;wpb_II,Mar.23,2011;wwaa,Apr.20,2
011;wwwww_copy,May11,2011;xx,May11,2011;xxx_copy,May11,2011;xxxxx
,May11,2011;yyy,May11,2011;yyyyyyy,May11,2011;zzz,May11,2011;zzz_1,M
ay 27,2011

jupiter,Apr.2,2011;Kravis,Feb.6,2011;KW_Lighthouse_copy,July12,2011;Lake
_Boca,May28,2011;Lake_Boca_2,Sep.3,2011;Lake_Worth_Inlet_1,Nov.22,201
1;Lake_Worth_Irene,Aug.27,2011;Lake_Worth_Pier_2011,Aug.27,2011;Lanta
na,Feb.14,2011;Lantana_1,Apr.10,2011;Lost_Tree_Village,Nov.22,2011;Loxah
atchee Clubhouse 11-09-
11,Nov.9,2011;Loxahatchee_Clubhouse,Nov.7,2011;Loxahatchee_Clubhouse_1
1-09-
11,Nov.9,2011;Loxahatchee_Clubhouse_2011,Nov.9,2011;LW_Pier,Aug.27,20
11;Mar_a_Lago,Mar.16,2011

Mar_copy,Mar.19,2011;marina_grande,Sep.5,2011;Marriott,Mar.16,2011;Marti
nique,Mar.26,2011;Martinique__b_copy,Oct.10,2011;Martinique_II,Mar.26,201
1;mg_1,Sep.22,2011;mgII,May11,2011;mir,Apr.2,2011;Mirasol_3,Apr.9,2011;
Mizner_Grand,May11,2011;moon_mar_a_lago,Mar.19,2011;neww_copy,May1
1,2011;nnn,May11,2011;Ocean_Ridge,July2,2011;Okeeheelee_Park_copy,Aug.
14,2011;old_marsh,Apr.2,2011

Old_Marsh_, Mar. 17, 2011; Old_Marsh_Golf_Club, Mar. 17, 2011;
Old_Marsh_II, Apr. 2, 2011; Old_Port_Cove_, Sept. 15, 2011;
Old_Port_Cove_1, Nov. 17, 2011; One_Watermark, Mar. 26, 2011;
one_watermark_place, Mar. 23, 2011; One_Watermark_Place_1, October 14,
2011; OneThousandOcean, May 29, 2011; OneThousandOcean_2, May 28,
2011; palm_b, Apr. 10, 2011; Palm_Beach_1, Aug. 28, 2011;
Palm_Beach_2012, Oct. 24; Palm_Beach_Port, Dec 18, 2011;
Palm_Harbour_Marina, Nov. 29, 2011; PB_II_, Nov. 28, 2011; peanut, Apr. 30,
2011

Peanut_Island, Mar. 26, 2011; Peanut_Island_Florida, Sept. 5, 2011;
Peanut_Island_2011_copy, Mar. 28, 2011; pf, May 11, 2011; PGA, Apr. 9,
2011; PGA_National_1, Sept. 12, 2011; PGA_National_3, Sept. 13, 2011;
Phillips_Point, Nov. 20, 2011; Polo_copy, Apr. 2, 2011; Port_copy, Mar. 26,
2011; qqq, May 12, 2011; Radiator_copy, Apr. 9, 2011; Regent_Parc, Sept. 11,
2011; Roger_Dean_Stadium, Mar. 19, 2011; Royal_Palm, Dec. 30, 2011; rrrr,
May 18, 2011

sailfish_marina, Sept. 9, 2011; Sandhill_Cranes, Mar. 29, 2011; sc, May 26,
2011; ship Mar. 29, 2011; SI, Mar. 17, 2011; singer_island, Sept. 20, 2011;
singer_island__florida, Sept. 22, 2011; Singer_Island_1, Aug. 28, 2011;
Singer_Island_3, Nov 20, 2011; Singer_Island_a, Aug. 28, 2011;
Singer_Island_b, Aug. 28, 2011; southern_edited-1, Jul. 19, 2011;ssss, Apr. 18,
2011; ssss_1, May 18, 2011; stock_edited-11, Jul. 29, 2011; sunrise, Aug. 18,
2011; Surf_1, Aug 28, 2011

Surf_2, Aug. 29, 2011; Surf_3, Aug. 29, 2011; Surf_4, Aug. 29, 2011; Surf_5,
Aug. 29, 2011; Surf_6, Aug. 29, 2011; Surf_7, Aug. 29, 2011; Surf_8, Aug. 29,
2011; Surf_9, Aug. 29, 2011; Surf_10, Aug. 29, 2011; Surf_11, Aug. 29, 2011;
Surf_12, Aug. 29, 2011; Surf_13, Aug. 29, 2011; Surf_14, Aug. 29, 2011;
Surf_15, Aug. 29, 2011; Surf_16, Aug. 29, 2011; Surf_17, Aug. 29, 2011;
Surf_18, Aug. 29, 2011;

The_Breakers_Hotel_1, Nov. 29, 2011; The_Ocean_Club_of_Florida_2012,
Apr. 19, 2011; Tiara, Mar. 29, 2011; Tommy_Lee_Jones, Apr. 20, 2011;
Trafalger, May. 18, 2011; Tres_Vidas, Apr. 18, 2011; Trump_Plaza, Apr. 20,

2011; ttt, May 11, 2011; uuuu May, 22, 2011; vvv, May 18, 2011;
Waterview_Towers_1, Mar. 25, 2011; Waterviews_Towers_2, Mar. 25, 2011;
well, Mar. 25, 2011; West_Palm_Beach_copy, Apr. 28, 2011; WIF_018_copy,
Mar. 26; WIF_031_copy, Mar. 28, 2011; wp, May 22, 2011

Ibis, Nov. 29, 2011; Island_style, Dec. 22, 2011; jjj, May 22, 2011; jon, Apr. 18,
2011; Jonathan_s, Apr 28, 2011; JUP_124_copy_copy, Apr. 29, 2011

Juno_Beach_Pier, Apr. 18, 2011; juno_pier, Apr. 29, 2011;
JUP_136_copy_copy, Apr. 20, 2011; Jup_190_copy, Apr. 20, 2011;
JUP_194_copy, Apr. 28, 2011; JUP_203_copy_copy, Apr. 27, 2011;
JUP_205_copy, Apr. 23, 2011; JUP_220_copy, Apr. 19, 2011; JUP_237_copy,
Apr. 22, 2011; JUP_241_copy, Apr. 23, 2011

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** January 01, 2011
**Nation of 1st Publication:** United States

## Author

**Author:** Robert Stevens
**Author Created:** photograph(s)
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Robert Stevens
1123 Melinda Ln, Haverhill, FL, 33417, United States



## Certification

**Name:** Robert Stevens
**Date:** September 10, 2013

**Correspondence:** Yes
**Copyright Office notes:** Regarding publication: range of publications dates is Jan 1, 2011 to Dec. 31,
2011.
Regarding registration of multiple works: registered as a group of published
photographs.

REDFIN

Buy ▾    Sell ▾    Real Estate Agents    1-844-759-7732    | Log In |    | Sign Up |

**3475 Harbor Rd N**
Jupiter, FL 33469
Status: Active

**$524,900**
Price
Redfin Estimate: $504,368

**2** Beds   **2** Baths

**1,008** Sq. Ft.
$521 / Sq. Ft.
On Redfin: 47 days

♡ Favorite    ✗ X-Out    ↗ Share

Overview    Property Details    Tour Insights    Redfin Estimate    Property History    Public Facts    Schools    Neighborhood    Similar Homes



### Go Tour This Home

TUESDAY 16 OCT    WEDNESDAY 17 OCT    THURSDAY 18 OCT

**Schedule Tour**

It's free, with no obligation — cancel anytime

Ask a Question    (561) 617-8131

Redfin Refund: **$2,994** ⓘ
Savings when you buy with a Redfin Agent

Start an Offer

## About This Home

Location, Location, Location!!! East of US1 - 4 houses from Intracoastal. Dockage. Remodeled, large 2 bedroom, 2 bathroom home, and large stand alone 900 sq ft garage sitting on 2 lots east of US1 (currently

Continue reading ⌄

Property    Single Family    Community    Jupiter Heights







1-844-759-7732   Buy ▾   Sell ▾   Real Estate Agents   | Log In |   | Sign Up |

### 3475 Harbor Rd N
Jupiter, FL 33469

Status: **Active**

**$524,900**
Price

**2**
Beds

**2**
Baths

**1,008** Sq. Ft.
$521 / Sq. Ft.

Redfin Estimate: $504,368   On Redfin: 47 days

♡ Favorite   ✕ X-Out   ⤴ Share

Overview   Property Details   Tour Insights   Redfin Estimate   Property History   Public Facts   Schools   Neighborhood   Similar Homes




Street View

## Go Tour This Home

| TUESDAY | WEDNESDAY | THURSDAY |
|---------|-----------|----------|
| 16 | 17 | 18 |
| OCT | OCT | OCT |

**Schedule Tour**

It's free, with no obligation — cancel anytime

Ask a Question   (561) 617-8131

**Redfin Refund: $2,994** ⓘ
Savings when you buy with a Redfin Agent

Start an Offer

## About This Home

Location, Location, Location!!! East of US1 - 4 houses from Intracoastal. Dockage. Remodeled, large 2 bedroom, 2 bathroom home, and large stand alone 900 sq ft garage sitting on 2 lots east of US1. (currently

Continue reading ⌄

| Property | Single Family | Community | Jupiter Heights |





**Residential Full Report**

**3475 Harbor Road N Jupiter, FL 33469**

**List Price:** $524,900

| | | |
|---|---|---|
| MLS#: RX-10460239 | St: Active | Type: Single Family-Detached |
| Orig LP: $534,500 | Range Price: | List Price/SqFt: 520.73 |
| Area: 5060 | Geo Area: PB32 | County: Palm Beach |

Legal Desc: JUPITER HEIGHTS LTS 10 & 11 BLK 1

| | | | | | |
|---|---|---|---|---|---|
| Subdivision: JUPITER HEIGHTS | | | | | |
| Development Name: | | | | | |
| Model Name: | Parcel ID: | | 00434030020010100 | Front Exp: | S |
| Waterfront: No | Waterfrontage: | | | Garage Spaces: | 2 |
| | Multiple Ofrs Acptd: | | | Carport Spaces: | |
| Lot Dimensions: | 100.0 ft x 0.0 ft | Taxes: | 7,864.07 | Private Pool: | No |
| | Tax Year: | | 2017 | REO: | No |
| Lot SqFt: | 11,960 | Special Assessment: | No | Short Sale Addendum: | No |
| | Dock: | | No | Short Sale: | No |
| HOPA: | Hopa | Membership Fee Required: | No | | |
| Zoning: | RS | | | Owner/Agent: | No |

Virtual Tour:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Living Room | 12 | X | 14 | Master Bedroom | 12 | X | 14 | LivSqFt: 1,008 |
| Kitchen | 8 | X | 10 | Bedroom 2 | 10 | X | 12 | SqFt - Total: 2,203 |
| Dining Room | 10 | X | 12 | | | | | SqFt Source: Appraisal |

| | |
|---|---|
| Bedrooms: 2 | |
| Baths - Full: 2 | |
| Baths - Half: 0 | |
| Baths - Total: 2 | |
| Pets Allowed: Yes | |

Guest Hse:
Yr Built: 1977
Builder Name:
Built Desc: Resale

| | | | | | |
|---|---|---|---|---|---|
| HOA/POA/COA (Monthly): | | Bldg #: | | Land Lease: | Mobile Home Size: |
| Governing Bodies: | None | Total Floors/Stories: | 1 | Recreation Lease: | Decal #: |
| Homeowners Assoc: | None | Total Units in Bldg: | | Min Days to Lease: | Serial #: |
| Lease Times p/Year: | | Ttl Units in Complex: | | | Brand Name: |
| Application Fee: | | Unit Floor #: | | | Total Assessed Value: |
| | | Membership Fee Amount: | | | |

Auction: No

Directions: Keep right to continue on Lake Victoria Gardens Ave Turn right onto FL-811 N/FL A1AAlt N (signs for 811) Turn left onto US-1 N Turn right onto Harbor Rd N

Showing Instructions: Call Owner; See Brokers Remarks

| | | | |
|---|---|---|---|
| LO: 279508652 | BAR Invest Realty LLC | 844-239-2663 | |
| LM: 277037481 | Herve Fabrice Barbera | +1 844-239-2663 | contact@beycome.com |
| Com/BuyerAgt: 2.5% | Comm/Non-Rep: $1 | Trans Brk: 2.5% | Bonus: |
| Var/Dual Rate: No | List Type: Ex Brk w/Limit Svc | | LD: 08/30/2018 |
| Owner Name: COOK KENNETH P 561-876-6564 | List Off Agency: Non Representative | | |

Broker Only Remarks: For showings or for more information contact Kenneth 561-876-6564
Any Broker Advertise: No

| | |
|---|---|
| Design: | |
| Construction: Block; Frame/Stucco | View: |
| Unit Desc: | Waterfront Details: None |
| Flooring: Tile | Cooling: Ceiling Fan; Central |
| Furnished: Unfurnished | Heating: Electric |
| Dining Area: Eat-In Kitchen | Security: Fence |
| Master Bedroom/Bath: Combo Tub/Shower | Utilities: Electric; Public Water; Septic |
| Window Treatments: Thermal | Special Info: |
| Lot Description: 1/4 to 1/2 Acre | Terms Considered: Cash; Conventional; FHA; VA |
| Storm Protection: | Roof: Comp Shingle |
| Restrict: None | Taxes: City/County; Homestead |
| Rooms: Workshop | Equestrian Features: |

Equip/Appl:Dishwasher; Disposal; Microwave; Range - Electric; Refrigerator; Smoke Detector
SubdivInfo:None
Interior:French Door; W/D Hookup; Walk-in Closet
Exterior:Auto Sprinkler; Covered Patio; Custom Lighting
Maintenance Fee Incl:
Original List Price: $534,500

| | | | |
|---|---|---|---|
| Days On Market: 47 | | Cumulative DOM: 47 | |
| Sold Price: | Sold Price Sqft: | | Under Contract Date: |
| Selling Office: | Terms of Sale: | | Sold Date: |
| Selling Agent: | | | |

Public Remarks:Location, Location,Location!!! East of US1 - 4 houses from Intracoastal. Dockage. Remodeled, large 2 bedroom, 2 bathroom home, and large stand alone 900 sq ft garage sitting on 2 lots east of US1, (currently leased for storage), can hold up to 4 cars or make a great hobby/work shop. Plenty of room for boat/ trailer parking. Day dockage at end of street, Home has living room and 2 bonus rooms, impact windows, central ac, ceiling fans, updated kitchen, washer & dryer hookups, tile throughout, remodeled bathrooms, fenced backyard, Great location to build much larger home in future using both lots. 536813

Information is deemed to be reliable, but is not guaranteed. © 2018 MLS and FBS. Prepared by Mateusz Rymarski on Tuesday, October 16, 2018 5:38 PM. The information on this sheet has been made available by the MLS and may not be the listing of the provider.

History for MLS # RX-10460239     3475 Harbor Road N, Jupiter, FL 33469     $524,900

| + | MLS # | Status | Price | % Change | Date | DOM | CDOM | Address |
|---|---|---|---|---|---|---|---|---|
| - | RX-10460239 | Active | $524,900 | 17.3% | 08/30/2018 | 47 | 47 | 3475 Harbor Road N |
| | - | Price Change | $524,900 | -1.4% | 10/13/2018 | 3 | | |

Change by: Herve Fabrice Barbera

> Change at 4:26 PM Eastern: changed *List Price*
> Old Value: 532500.00
> New Value: 524900.00

| | - | Text, etc. | $532,500 | | 10/13/2018 | 3 | | |

Change by: Herve Fabrice Barbera

> Change at 12:42 PM Eastern: changed *Public Remarks*
> Old Value: Cute Single family home sitting on 2 lots east of US1, with stand alone large garage (currently leased for storage), day dockage at end of street, 2 bedroom, 2 bathroom, living room, bonus room, central ac, ceiling fans, updated kitchen, washer & dryer hookups, fenced backyard, 4 houses from intracoastal, garage is deep and could hold 4 cars or make a great hobby/work shop. Plenty of room for boat/trailer parking. Great location to build much larger home in future using both lots. Recent complete remodel, impact windows, tile throughout, updated bathrooms. ID 536813
> New Value: Location, Location,Location!!!

| | - | Price Change | $532,500 | -0.4% | 10/02/2018 | 14 | | |

Change by: Herve Fabrice Barbera

> Change at 3:47 PM Eastern: changed *List Price*
> Old Value: 534500.00
> New Value: 532500.00

| | - | Photos | $534,500 | | 08/31/2018 | 46 | | |

Change by: Herve Fabrice Barbera

> Change at 5:19 PM Eastern: Added photo "15"
> Change at 5:19 PM Eastern: Added photo "14"
> Change at 5:19 PM Eastern: Added photo "13"
> Change at 5:19 PM Eastern: Removed photo
> Change at 5:19 PM Eastern: Added photo "12"
> Change at 5:19 PM Eastern: Added photo "11"
> Change at 5:19 PM Eastern: Added photo "10"
> Change at 5:19 PM Eastern: Added photo "9"
> Change at 5:19 PM Eastern: Added photo "8"
> Change at 5:19 PM Eastern: Added photo "7"
> Change at 5:19 PM Eastern: Added photo "6"
> Change at 5:19 PM Eastern: Added photo "5"
> Change at 5:19 PM Eastern: Added photo "4"
> Change at 5:19 PM Eastern: Added photo "3"
> Change at 5:19 PM Eastern: Added photo "2"
> Change at 5:19 PM Eastern: Added photo "1"

| | - | New | $534,500 | | 08/30/2018 | 47 | | |

Change by: Herve Fabrice Barbera

> Change at 5:55 PM Eastern: Added new listing

| - | RX-10309595 | Cancelled | $447,500 | | 07/26/2017 | 159 | 159 | 3475 Harbor Road N |
|---|---|---|---|---|---|---|---|---|

| | - | Status | $447,500 | | 07/26/2017 | 0 | | |

Change by: Jo Ann Jacobson

> Change at 11:33 AM Eastern: changed *Status*
> Old Value: Active
> New Value: Cancelled

| | - | HOA/POA/COA (Monthly) | $447,500 | | 07/26/2017 | 0 | | |

Change by: Jo Ann Jacobson

> Change at 11:33 AM Eastern: changed *Cancel Date*
> Old Value:
> New Value: 7/26/2017
> Change at 11:33 AM Eastern: changed *HOA/POA/COA (Monthly)*
> Old Value:
> New Value: 0.00

| | - | Price Change | $447,500 | -7.7% | 06/08/2017 | 48 | | |

Change by: Jo Ann Jacobson

> Change at 4:29 PM Eastern: changed *List Price*
> Old Value: 485000.00
> New Value: 447500.00

| | - | Text, etc. | $485,000 | | 02/20/2017 | 156 | | |

Change by: Jo Ann Jacobson

> Change at 4:06 PM Eastern: changed *REO*
> Old Value: Yes
> New Value: No

| | - | Text, etc. | $485,000 | | 02/19/2017 | 157 | | |

Change by: Jo Ann Jacobson

> Change at 12:34 PM Eastern: changed *Year Built*
> Old Value: 1977.00
> New Value: 1973.00

| | - | New | $485,000 | | 02/18/2017 | 158 | | |

Change by: Jo Ann Jacobson

> Change at 9:58 PM Eastern: Added photo "IMG_4385"
> Change at 9:58 PM Eastern: Added photo "IMG_4385"
> Change at 9:49 PM Eastern: Added photo "IMG_4384"
> Change at 9:49 PM Eastern: Added photo "IMG_4384"
> Change at 9:46 PM Eastern: Added photo "IMG_4374"
> Change at 9:45 PM Eastern: Added photo "IMG_4373"
> Change at 9:44 PM Eastern: Added photo "IMG_4374"
> Change at 9:44 PM Eastern: Added photo "IMG_4373"
> Change at 4:42 PM Eastern: changed *Public Remarks*
> Old Value: UT CAN BE SEPARATED FOR INVEST
> New Value: UT CAN BE DIVIDED BACK TO 2 SE
> Change at 4:42 PM Eastern: changed *Baths - Half*
> Old Value: 2.00
> New Value: 0.00
> Change at 4:42 PM Eastern: changed *Lot Dimensions*
> Old Value: 5980 SQ FT

New Value: 100' X 120'
Change at 4:14 PM Eastern: Added new listing

**Photos for MLS # RX-10460239      3475 Harbor Road N, Jupiter, FL 33469                                                  $524,900**



copyright management information removed



**13**



**14**



**15**







**Ana P. Moretto**
*Associate Attorney*

Direct: 561.990.2474
ana.moretto@sriplaw.com

April 25, 2019

**VIA FEDEX and E-MAIL: contact@beycome.com**
Mr. Herve Barbera
Mr. Philippe Kalifa
Beycome Brokerage Realty LLC
Bar Invest Consulting LLC
701 Brickell Ave, Suite 2040
Miami, FL 33131

**Re:   Affordable Aerial Photography, Inc. v. Beycome Brokerage Realty LLC f/k/a**
**BAR Invest Realty LLC, and Bar Invest Consulting LLC f/k/a Bar Invest Realty**
**LLC**
**Our File No.  00022-0058**

Dear Messrs.,

We write pursuant to § 627.4137, Florida Statutes, to demand a response with insurance information for each known policy of liability insurance your clients may have that may provide coverage for all or a portion of our client's claims in this matter:

   (a)  the name of the insurer;
   (b)  the name of each insured;
   (c)  the limits of the liability coverage;
   (d)  a statement of any policy or coverage defense which such insurer reasonably
        believes is available to such insurer at the time of filing such statement; and
   (e)  a copy of the policy.

Thank you in advance for your anticipated cooperation.

Sincerely,

**SRIPLAW**

Ana P. Moretto

APM/jcj

1801 Century Park East
Suite 1100
Los Angeles, CA 90067

21301 Powerline Road
Suite 100
Boca Raton, FL 33433

125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350
Fax: 561.404.4353
www.sriplaw.com



Joel B. Rothman
*Board Certified in Intellectual Property Law*

Direct: 561.404.4335
joel.rothman@sriplaw.com

June 14, 2019

**VIA FEDEX and EMAIL: contact@beycome.com**
Mr. Herve Barbera
Bar Invest Consulting LLC fka Bar Invest Realty LLC
701 Brickell Avenue
Suite 2040
Miami, FL 33131

**Re:   Affordable Aerial Photography, Inc. v. Beycome Brokerage Realty LLC fka BAR**
**Invest Realty LLC & Bar Invest Consulting LLC fka Bar Invest Realty LLC**
**Our File No.:  00022-0058**

Dear Mr. Barbera,

We write this follow up letter on behalf of our client Affordable Aerial Photography, Inc.,
for the purposes of resolving a case of copyright infringement against you by our client.
This demand is privileged from disclosure pursuant to FRE Rule 408.

Enclosed please find our prior letter dated April 25, 2019, wherein we detailed the basis
of the copyright infringement claim against you, including the evidence of infringement.

We note that a review of the accused infringing webpage shows that the infringement
has been removed.  However, this does not dispose of our client's claim.  It is imperative
that you respond to us.  If we do not hear back from you, we will be forced to take
further steps to protect our client's rights including by filing a lawsuit against you.  We
also repeat our demand that you tender this claim to your insurance carrier.  We look
forward to your prompt response.

Sincerely,

**SRIPLAW**

Joel B. Rothman

JBR/jcj
Enclosures

1801 Century Park East
Suite 1100
Los Angeles, CA 90067

21301 Powerline Road
Suite 100
Boca Raton, FL 33433

125 Maiden Lane
Suite 5C
New York, NY 10038

Main: 561.404.4350
Fax: 561.404.4353
www.sriplaw.com