UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

AFFORDABLE AERIAL PHOTOGRAPHY,
INC.,

      Plaintiff,

vs.                                                          Case No.: 1:20-cv-20520-RNS

BEYCOME BROKERAGE REALTY, LLC
FKA BAR INVEST REALTY LLC, AND
HERVE FABRICE BARBERA,

      Defendants.
_____/
BEYCOME BROKERAGE REALTY LLC
and HERVE FABRICE BARBERA,

      Third Party Plaintiffs,

vs.

KENNETH P. COOK,

      Third Party Defendant.
_____/

## THIRD PARTY COMPLAINT

Third Party Plaintiffs, Beycome Brokerage Realty, LLC ("Beycome") and Herve Fabrice Barbera ("Barbera"), hereby file this third party claim against Third Party Defendant, Kenneth P. Cook ("Cook"), and state as follows:

1. This is a third party claim by Beycome and Barbera against Cook for indemnification pursuant to a contract between the parties.

2. Beycome is a limited liability company organized under the laws of Florida.

3. Beycome's principal place of business is in Miami-Dade County, Florida.

4. Beycome is a licensed real estate company providing brokerage services.

5. Barbera is a resident of Miami-Dade County, Florida.

6. Barbera is the broker of record for Beycome.

7. Cook is an individual and, upon information and belief, he resides in Palm Beach County, Florida.

8. The Court has jurisdiction over Cook pursuant to its supplemental jurisdiction powers arising under 28 U.S.C. 1367.

9. Venue is proper in this district insofar as the main claim is pending in this district, Cook (upon information and belief) is a resident of this district, and the events or omissions giving rise to this claim occurred in this district.

10. Unlike most other real estate brokerage companies, Beycome typically provides limited brokerage services to its clients.  For the most part, Beycome's clients pay Beycome a small flat fee in order to have their properties listed by Beycome on the multiple listing service ("MLS").

11. Beycome does not usually actively seek out buyers for its clients, nor does it provide the typical real estate brokerage services that most other brokerage houses do.  For example, Beycome does not typically conduct open houses, show properties, make appointments for showings, or participate in the negotiation of real estate contracts.  It also does not make arrangements for the taking of photographs of the properties that it lists on the MLS.  Its customers are responsible for providing the pictures and all other items to be including in the MLS listings.

12. On August 28, 2018, Cook entered into a listing agreement with Beycome titled Listing Agreement, Disclosures & Disclaimers (the "Agreement"), a copy of which is attached hereto as Exhibit 1.

13.     Pursuant to the terms of the Agreement, Cook provided pictures and information concerning a certain property located at 3475 Harbor Road North, Jupiter, Florida 33469 (the "Property") to Beycome, which Beycome then used to list the Property on the MLS.

14.     The Agreement contained several provisions regarding the use of photographs and cautioned against violating any of the copyright laws.

15.     For example, on page 3 of the Agreement, the following provision appears:

**TIP**:    In order to respect the Copyright law of the United States, take your own pictures and/or hire one of Beycome's professional photographers to take them for you to guarantee accuracy.   NEVER use pictures provided by a real estate agent without a written permission.

16.     The very next paragraph of the Agreement provides as follows:

Images & Photography:
You the Owner/Customer, agree not to upload, post and/or utilize any copy written, protected, no permissive, unauthorized and/or illegally downloaded images, depictions, videos and/or photographs on become.com.  Should there be any penalty and/or fine assessed to beycome.com, Beycome Brokerage Realty LLC, Beycome LLC or any of its associate or partner companies regarding any of your uploads, utilized materials, images, photographs, videos and/or posts, you shall be completely and totally liable and solely responsible for payment of any of these fines, penalties and/or fees. . . .  Further, you agree to indemnify become.com and/or Beycome Brokerage Realty LLC, Beycome LLC, defend and hold us harmless together with our parents, subsidiaries, affiliates, officers, directors, co-branders or other partners, employees, consultants, and agents from and against any and all third-party claims, liabilities, damages, losses, costs, expenses, fees (including reasonable attorneys' fees) that such parties may incur as a result of or arising from any litigation from the use of any copy written, protected, no permissive, unauthorized and/or illegally downloaded images, depictions, videos and/or photographs on become.com.

17.     In exchange for Beycome agreeing to list the Property on the MLS, Cook paid Beycome a total fee of $79.

18.     Beycome and Barbera have now been sued by the Plaintiff in this action, Affordable Aerial Photography, Inc. ("AAP"), for alleged copyright infringement.   A copy of the complaint is attached hereto as Exhibit 2.

19. In particular, AAP alleges that one of the photographs related to the Property which were posted on the MLS listing is a picture that was copyrighted by AAP.

20. All pictures that Beycome posted on the listing were provided by Cook and none of them were altered by Beycome in any way.

21. Without conceding any liability to AAP, in the event that Beycome and/or Barbera are found liable, Cook has the contractual obligation to indemnify them for such loss and damage.

22. Cook also has the contractual duty to indemnify Beycome and Barbera for their attorneys' fees and costs expended to defend against the main claim.

WHEREFORE, Beycome and Barbera demand judgment against Cook for all damages which may result from liability to the Plaintiff in this matter, as well as the attorneys' fees and costs incurred in defending against the main claim, plus attorneys' fees and costs incurred in connection with this third party claim.

Respectfully submitted,

*/s/ Juan C. Martinez*
Juan C. Martinez
Fla. Bar No.: 009024
Primary email: Juan.martinez@gray-robinson.com
Secondary email: ecianella@gray-robinson.com
GRAYROBINSON, P.A.
333 S.E. 2nd Ave., Suite 3200
Miami, FL 33131
T: 305-416-6880
F: 305-416-6887

*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of March, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the following: Joel B. Rothman, Esq., Counsel for Plaintiff.

*/s/ Juan C. Martinez*_____
Juan C. Martinez