UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

AFFORDABLE AERIAL PHOTOGRAPHY,
INC.,

        Plaintiff,

vs.                                             Case No.: 1:20-cv-20520-RNS

BEYCOME BROKERAGE REALTY, LLC
FKA BAR INVEST REALTY LLC, AND
HERVE FABRICE BARBERA,

        Defendants.
_____/

## DEFENDANTS' AMENDED AFFIRMATIVE DEFENSES

Defendants, Beycome Brokerage Realty, LLC ("Beycome") and Herve Fabrice Barbera ("Barbera"), pursuant to leave granted by the Court's June 1, 2020 Order on Plaintiff's Motion to Strike, hereby assert the following amended affirmative defenses.

**General Statement of Facts Applicable to the Affirmative Defenses**

1.    Beycome is a limited services real estate brokerage company and Barbera is the licensed real estate broker for Beycome.

2.    Unlike most other real estate brokerage companies, Beycome typically provides limited brokerage services to its clients.  For the most part, Beycome's clients pay Beycome a small flat fee in order to have their properties listed by Beycome on the multiple listing service ("MLS").

3.    Beycome does not usually actively seek out buyers for its clients, nor does it provide the typical real estate brokerage services that most other brokerage houses do.  For example, Beycome does not typically conduct open houses, show properties, make appointments

for showings, or participate in the negotiation of real estate contracts.  It also does not make arrangements for the taking of photographs of the properties that it lists on the MLS.  Its customers are responsible for providing the pictures and all other items to be including in the MLS listings.

4. On August 28, 2018, Kenneth Cook (who is now a third-party defendant in this action) entered into a listing agreement with Beycome titled Listing Agreement, Disclosures & Disclaimers (the "Agreement").  A copy of the Agreement is attached as Exhibit 1 to the Third Party Complaint in this action.

5. Pursuant to the terms of the Agreement, Cook created a listing for his property located at 3475 Harbor Road North, Jupiter, Florida 33469 (the "Property").

6. The Agreement contained several provisions regarding the use of photographs and cautioned against violating any of the copyright laws.

7. For example, on page 3 of the Agreement, the following provision appears:

**TIP**:   In order to respect the Copyright law of the United States, take your own pictures and/or hire one of beycome's professional photographers to take them for you to guarantee accuracy.  NEVER use pictures provided by a real estate agent without a written permission.

8. The very next paragraph of the Agreement provides as follows:

Images & Photography:
You the Owner/Customer, agree not to upload, post and/or utilize any copy written, protected, no permissive, unauthorized and/or illegally downloaded images, depictions, videos and/or photographs on become.com.  Should there be any penalty and/or fine assessed to beycome.com, Beycome Brokerage Realty LLC, Beycome LLC or any of its associate or partner companies regarding any of your uploads, utilized materials, images, photographs, videos and/or posts, you shall be completely and totally liable and solely responsible for payment of any of these fines, penalties and/or fees. . . .  Further, you agree to indemnify become.com and/or Beycome Brokerage Realty LLC, Beycome LLC, defend and hold us harmless together with our parents, subsidiaries, affiliates, officers, directors, co-branders or other partners, employees, consultants, and agents from and against any and all third-party claims, liabilities, damages, losses, costs, expenses, fees (including reasonable attorneys' fees) that such parties may incur as a result of or arising from any litigation from the use of any copy written, protected, no permissive, unauthorized and/or illegally downloaded images, depictions, videos and/or photographs on become.com.

9. Cook paid Beycome a total fee of $79.

10. Beycome and Barbera have now been sued by the Plaintiff in this action, Affordable Aerial Photography, Inc. ("AAP"), for alleged copyright infringement. In particular, AAP alleges that one of the photographs related to the Property which were posted on the MLS listing is a picture that was copyrighted by AAP.

11. All pictures posted on the listing were provided by Cook and none of them were altered by Beycome in any way.

### FIRST AFFIRMATIVE DEFENSE
(Standing)

12. Defendants reallege paragraphs 1 through 11.

13. The registration attached to the complaint in this action shows that Plaintiff is not the copyright owner.

14. Accordingly, Plaintiff lacks standing.

### SECOND AFFIRMATIVE DEFENSE
(Innocent Infringement)

15. Defendants reallege paragraphs 1 through 11.

16. Defendants did not intentionally or willfully infringe any trademark. Its listing agreement with Cook shows that Beycome took reasonable precautions against infringement.

17. Accordingly, the limitation on damages in the Copyright Act is applicable.

### THIRD AFFIRMATIVE DEFENSES
(The Digital Millennium Copyright Act)

18. Defendants reallege paragraphs 1 through 11.

19. Beycome is a service provider as defined by the Digital Millennium Copyright Act, codified at 17 U.S.C. § 512.

20. Beycome did not have knowledge that the picture uploaded by Cook was infringing activity.

21. Upon receiving notification that the posting of the picture constituted infringement, Beycome removed the picture from the listing.

22. Beycome has designated an agent to received notifications of claimed infringement as required under 117 U.S.C. § 512(c) and has otherwise satisfied all conditions required by the statute.

WHEREFORE, Defendants request the Court to enter judgment in their favor and award them their attorneys' fees and costs.

Respectfully submitted,

*/s/ Juan C. Martinez*
Juan C. Martinez
Fla. Bar No.: 009024
Primary email: Juan.martinez@gray-robinson.com
Secondary email: ecianella@gray-robinson.com
GRAYROBINSON, P.A.
333 S.E. 2nd Ave., Suite 3200
Miami, FL 33131
T: 305-416-6880
F: 305-416-6887

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of June, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the following: Joel B. Rothman, Esq., Counsel for Plaintiff.

*/s/ Juan C. Martinez*
Juan C. Martinez